# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| YOLANDA GRISWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV616-144 |
| | ) | |
| CARESOUTH HEALTH SYSTEM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This case was transferred to this Court from the United States District Court for the Middle District of Georgia because of administrative error. Accordingly, the Clerk is **DIRECTED** to transfer it back to that Court.

**SO ORDERED,** this 27th day of October, 2016.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA